IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA


FILED
IN OPEN COURT
JUN -9 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alexandria Division

LUQUN LIU,                )
                          )
        Plaintiff,        )
                          )
v.                        )   1:15-CV-01026-JCC-TCB
                          )
XIAOKUI MA,               )
                          )
        Defendant.        )

## JURY VERDICT FORM

On the claim of Plaintiff, Luqun Liu, against Defendant, Xiaokui Ma, we, the jury, being duly empaneled and sworn upon our oath, present the following answers to the questions submitted by the Court:

1. We, the jury, with respect to Count I – Conversion, find the issues in favor of the:

   _____    Plaintiff    (If selected, please answer question #3)

   ✓          Defendant

2. We, the jury with respect to Count III – Fraud, find the issues in favor of the:

   ✓          Plaintiff    (If selected, please answer question #3)

   _____    Defendant

3. State the amount of damages that you award plaintiff in this case:

   Compensatory Damages

   Count I – Conversion  $ 0            (If you awarded damages, please proceed to question #4)

   Count III – Fraud     $ 20,000       (If you awarded damages, please proceed to question #4)

   TOTAL                 $ 20,000

4. State the amount of damages that you award plaintiff in this case (if you did NOT award any compensatory damages on a claim, do NOT award any punitive damages on that claim)

                        Punitive Damages

    Count I – Conversion $ _____0_____

    Count III – Fraud     $ 160,000

    TOTAL              $ 160,000

**Sign and date the Jury Verdict Form.**

6/9/16
Date

