# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| LUQUN LIU | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 1:15-CV-01026-JCC-TCB |
| | ) |
| XIAOKUI MA | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## **JUDGMENT**

Pursuant to the unanimous jury verdict entered on June 9, 2016, and in accordance with Rule 58, Fed. R. Civ. P., JUDGMENT is hereby entered in favor of defendant XIAOKUI MA and against plaintiff LUQUN LIU as to Count I, Conversion.  As to Count III, Fraud, JUDGMENT is hereby entered in favor of plaintiff LUQUN LIU and against defendant XIAOKUI MA in the amount of $20,000.00 compensatory damages and $160,000.00 punitive damages.

Alexandria, Virginia
June 13, 2016

                                                    FERNANDO GALINDO
                                                    Clerk


                                                     /s/ M. Pham
                                                   Courtroom Deputy