# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LUQUN LIU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>XIAOKUI MA,<br><br>　　　　Defendant. | CASE NO. 1:15 -cv-01026 (JCC/TCB) |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF
## MOTION FOR A NEW TRIAL

Defendant, Counterclaim Plaintiff, Xiaokui Ma, by and through Shaoming Cheng, Esquire and Cheng Yun Law PLLC, hereby withdraw her motion for a new trial dated July 6, 2016 (Dkt #79) on the ground that the Defendant voluntarily withdraws this motion. The Plaintiff consents to Defendant's withdrawal of this motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Shaoming Cheng, Esq. (VSB: 80218)
　　　　　　　　　　　　　　　　　　　Cheng Yun Law, PLLC
　　　　　　　　　　　　　　　　　　　6072 Deer Ridge Trail
　　　　　　　　　　　　　　　　　　　Springfield, VA 22150
　　　　　　　　　　　　　　　　　　　Tel: 703-887-6786
　　　　　　　　　　　　　　　　　　　Fax: 888-510-6158
　　　　　　　　　　　　　　　　　　　jcheng@chengyunlaw.com

Dated: July 27, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John E. Coffey, Esq.
Redmon, Peyton & Braswell, LLP
501 King St., Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109
E-mail: jcoffey@rpb-law.com

John F. Innelli, Esq.
John F. Innelli, LLC
1818 Market Street, Suite 3740
Philadelphia, Pa. 19103
Tel: (267)238-9884
Fax: (215)561-0012
E-mail: jinnelli@innellilaw.com

                                        _____/s/_____
                                        Shaoming Cheng, Esq.
                                        Cheng Yun Law, PLLC
                                        6072 Deer Ridge Trail
                                        Springfield, VA 22150
                                        Tel: 703-887-6786
                                        Fax: 888-510-6158
                                        jcheng@chengyunlaw.com