```
             IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF VIRGINIA

                          Alexandria Division


LUQUN LIU,                      )
                                )
     Plaintiff,                 )
                                )
          v.                    )     1:15cv1026 (JCC/TCB)
                                )
XIAOKUI MA,                     )
                                )
     Defendant.                 )
```

**O R D E R**

On July 11, 2016, Defendant Xiaokui Ma ("Defendant") filed a Motion for Judgment as a Matter of Law as To Punitive Damages. [Dkt. 84.] Defendant has not yet noticed that motion for a hearing or waived hearing on her motion. Thirty-one (31) days have passed since Defendant filed her motion. Local Civil Rule 7(E) provides that "a motion shall be deemed withdrawn if the movant does not set it for hearing (or arrange to submit it without a hearing) within thirty (30) days after the date on which the motion is filed." E.D. Va. Local Civ. R. 7(E). Because thirty days have passed since Defendant filed her Motion for Judgment as a Matter of Law and she has not set it for hearing or waived hearing on her motion, her motion is deemed withdrawn pursuant to Local Civil Rule 7(E).

Accordingly, it is HEREBY ORDERED that:

(1) Motion for Judgment as a Matter of Law as To Punitive Damages [Dkt. 84] is deemed WITHDRAWN; and

(3) The Clerk of Court shall forward copies of this Order to all counsel of record.

This Order is FINAL.

August 11, 2016  
Alexandria, Virginia

/s/  
James C. Cacheris  
UNITED STATES DISTRICT COURT JUDGE