**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| LUQUN LIU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>XIAOKUI MA,<br><br>　　　　Defendant. | CASE NO. 1:15 -cv-01026 (JCC/TCB) |

**DEFENDANT'S MOTION TO RECONSIDER**

Shaoming Cheng, Esquire and Cheng Yun Law PLLC (hereinafter "Counsel"), Counsel for Defendant, Xiaokui Ma ("Defendant"), and pursuant to Rule 60(b) of Federal Rules of Civil Procedure, moves this Honorable Court to reconsider and withdraw this Honorable Court's order dated August 11, 2016 (Dkt # 90) that Defendant's Motion for Judgment as a Matter of Law as to Punitive Damages (Dkt #84) is deemed withdrawn . In further support of its motion Defendant relies upon the attached Memorandum of Points and Authorities well as oral argument of her counsel.

Respectfully submitted,

_____/s/_____
Shaoming Cheng, Esq. (VSB: 80218)
Cheng Yun Law, PLLC
6072 Deer Ridge Trail
Springfield, VA 22150
Tel: 703-887-6786
Fax: 888-510-6158
jcheng@chengyunlaw.com

Dated: August 18 , 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18 day of August, 2016, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John E. Coffey, Esq.
Redmon, Peyton & Braswell, LLP
501 King St., Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109
E-mail: jcoffey@rpb-law.com

John F. Innelli, Esq.
John F. Innelli, LLC
1818 Market Street, Suite 3740
Philadelphia, Pa. 19103
Tel: 267-238-9884
Fax: 215-561-0012
jinnelli@innellilaw.com

_____/s/_____
Shaoming Cheng, Esq. (VSB: 80218)
Cheng Yun Law, PLLC
6072 Deer Ridge Trail
Springfield, VA 22150
Tel: 703-887-6786
Fax: 888-510-6158
jcheng@chengyunlaw.com